# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| D.S., <br><br>    Plaintiff(s), <br><br> v. <br><br> CLARK COUNTY SCHOOL DISTRICT, et al., <br><br>    Defendant(s). | Case No. 2:22-cv-00246-JCM-NJK <br><br> **Order** <br><br> [Docket No. 18] |

Pending before the Court is a motion for appointment of Cortney Larson as Plaintiff's guardian ad litem. Docket No. 18. No response was filed. Ms. Larson is D.S.'s mother and they live together. *Id.* at 2. Ms. Larson represents that she is qualified and competent to act as guardian ad litem. *Id.* at 3-4. Moreover, the Court has not discerned a conflict in Ms. Larson's appointment as guardian ad litem. It is appropriate to appoint Ms. Larson as guardian ad litem given the circumstances pursuant to Rule 17(c)(2) of the Federal Rules of Civil Procedure. *Cf. K.A. v. Clinica Sierra Vista*, 2021 WL 3141236, at *1-2 (E.D. Cal. July 26, 2021). Accordingly, the Court **GRANTS** the motion for appointment of Cortney Larson as Plaintiff's guardian ad litem.

IT IS SO ORDERED.

Dated: March 21, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1