# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| D.S., <br>     Plaintiff(s), <br> v. <br> CLARK COUNTY SCHOOL DISTRICT, et al., <br>     Defendant(s). | Case No. 2:22-cv-00246-JCM-NJK <br><br> **Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than May 3, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: April 26, 2022

_____
Nancy J. Koppe
United States Magistrate Judge