# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

D.S.,

    Plaintiff(s),

v.

CLARK COUNTY SCHOOL DISTRICT, et al.,

    Defendant(s).

Case No. 2:22-cv-00246-JCM-NJK

**Order**

[Docket No. 26]

Pending before the Court is a joint proposed discovery plan. Docket No. 26. The discovery plan includes the following deficiencies:

- It improperly measures the number of days for discovery from the Rule 26(f) conference as opposed to the date of a defendant's first appearance, Docket No. 26 at 2; *but see* Local rule 26-1(b)(1);

- It indicates erroneously that the proposed deadline to amend or add parties is 90 days before the discovery cutoff, Docket No. 26 at 3;

- It seeks a deadline for an interim status report based on Local Rule 26-3, but the cited provision was deleted from the local rules more than two years ago, Docket No. 26 at 3;

- It does not include a signature block for judicial approval, Docket No. 26 at 4-5; *but see* Local Rule 26-1(b)(10);

- It was filed on the docket by a filer (Isolde Parr)[1] who did not sign the discovery plan, Docket No. 26 at 4-5; *but see* Local Rule IC 6-1(b).

---

[1] An order to show cause is being issued as to this issue.

Accordingly, the proposed discovery plan is **DENIED** without prejudice. An amended proposed discovery plan must be filed by May 3, 2022.

**To the extent counsel are unfamiliar with practice in this Court, they must immediately familiarize themselves with the local rules.**

IT IS SO ORDERED.

Dated: April 28, 2022

_____
Nancy J. Koppe
United States Magistrate Judge