**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| D.S.,<br><br>    Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>    Defendant(s). | Case No. 2:22-cv-00246-JCM-NJK<br><br>**Order** |

Pending before the Court is an order to show cause. Docket No. 28. Attorney Adam Ellis has filed a response explaining, *inter alia*, that the issue has been resolved and will not recur. Docket No. 31. In light of the response, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated: May 13, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1