# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

D.S.,

    Plaintiff(s),

v.

CLARK COUNTY SCHOOL DISTRICT, et al.,

    Defendant(s).

Case No. 2:22-cv-00246-JCM-NJK

**Order**

[Docket No. 39]

Pending before the Court is a motion to withdraw as counsel for Defendant Melissa Olszewski. Docket No. 39. Defendant Olszewski herself also seeks to terminate the attorney-client relationship. *See id.* at 16. For good cause shown, the motion to withdraw is **GRANTED**.

Defendant Olszewski is at this time proceeding *pro se*. The Court reminds Defendant Olszewski that she must comply with all rules and orders despite not being represented by counsel. The Clerk's Office is **INSTRUCTED** to update the docket with Defendant Olszewski's address. *See* Docket No. 39 at 5.

IT IS SO ORDERED.

Dated: November 15, 2022

                                                Nancy J. Koppe
                                                United States Magistrate Judge