# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| D.S., et al.,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>　　　　Defendant(s). | Case No. 2:22-cv-00246-JCM-NJK<br><br>**Order**<br><br>[Docket No. 44] |

Pending before the Court is Defendant CCSD's motion to compel an independent medical examination. Docket No. 44.

As a threshold matter, Defendant's motion includes the name of D.S. *See, e.g.*, Docket No. 44-8 at 4, 6. Defendant has thus violated the local rules. *See* Local Rule IC 6-1(a)(3). The Clerk's Office is **INSTRUCTED** to seal Docket No. 44, and the exhibits thereto. No later than March 1, 2023, Defendant must file a notice on the docket attaching a copy of its motion and exhibits with personal identifying information properly redacted.[1]

"Discovery is supposed to proceed with minimal involvement of the Court." *F.D.I.C. v. Butcher*, 116 F.R.D. 196, 203 (E.D. Tenn. 1986). The instant motion is predicated on the assertion that Plaintiffs' counsel has not responded to correspondence on an IME. Docket No. 44-6 at ¶ 10. The motion to compel is hereby **DENIED** without prejudice. No later than the close of business today, February 28, 2023, Plaintiffs' counsel must provide defense counsel with three dates and times to confer on the issues raised in the motion, with such conferral to take place by March 7,

---

[1] To be clear, the Court has not combed the entirety of the record to find improper disclosure of personal identifying information. *Cf.* Local Rule IC 6-1(c) (making clear that it is the filer's responsibility, not the Court's responsibility, to properly redacted personal identifying information). As such, the Court has provided herein only examples of local rules violations and it is counsel's responsibility in refiling the instant motion that all personal identifying information is redacted as required by the governing rules.

2023.  The conferral must be in-person, by phone, or by video.  Local Rule IA 1-3(f).  In the event the conferral efforts are not successful, any renewed motion on this subject must be filed by March 10, 2023.  Any response thereto must be filed by March 14, 2023,[2] and any reply must be filed by March 16, 2023.

IT IS SO ORDERED.

Dated: February 28, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[2] Counsel are cautioned that the deadlines set herein govern this motion practice regardless of whether courtesy notices on the docket provide for different deadlines.  Local Rule IC 3-1(d).

2