RAHUL RAVIPUDI, ESQ. (NV Bar No. 14750)
ravipudi@psblaw.com
IAN SAMSON, ESQ. (NV Bar No. 15089)
samson@psblaw.com
ADAM ELLIS, ESQ. (NV Bar No. 14514)
ellis@psblaw.com
PANISH |SHEA | BOYLE | RAVIPUDI LLP
8816 Spanish Ridge Avenue, Suite A
Las Vegas, NV 89148
T:  (702) 560-5520
F:  (702) 975-2515

KHALDOUN A. BAGHDADI (CA Bar No. 190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (CA Bar No. 272566)
vrose@walkuplawoffice.com
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street, 26th Floor
San Francisco, CA 94108-2615
T:  (415) 981-7210
F:  (415) 391-6965

**ATTORNEYS FOR PLAINTIFF
D.S., A MINOR BY AND THROUGH HIS
GUARDIAN AD LITEM CORTNEY LARSON**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| D.S., a minor by and through his Guardian ad Litem CORTNEY LARSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLARK COUNTY SCHOOL DISTRICT, MELISSA OLSZEWSKI, SHAWN HALLAND and DOES 1-50,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00246-JCM-NJK<br><br>**JOINT STIPULATION AND ORDER REGARDING PLAINTIFF'S MOTION TO APPROVE MINOR'S COMPROMISE AND SETTLEMENT**<br><br>Assigned for All Purposes to Judge James C. Mahan and Magistrate Judge Nancy J. Koppe<br><br>Date Filed:  February 9, 2022<br>Trial Date:  Unassigned |

JOINT STIP & [PROPOSED] ORDER RE MTN TO APPROVE MINOR'S COMP AND SETTLEMENT
CASE NO. 2:22-cv-00246-JCM-NJK

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff D.S., a minor by and through his Guardian ad Litem CORTNEY LARSON and Defendants CLARK COUNTY SCHOOL DISTRICT and SHAWN HALLAND, that Plaintiff may have up to and including August 21, 2023 to file his Motion to Approve Minor's Compromise and the Settlement ("Motion") based on the following:

1. As set forth in the Joint Status Report filed in this matter on July 5, 2023 (ECF No. 87) Plaintiff and CCSD participated in a mediation and reached a settlement agreement in this matter that is subject to CCSD Board approval.

2. Although Plaintiff had originally anticipated filing the Motion by August 10, 2023, Plaintiff and CCSD are still working together collaboratively to finalize the settlement documents.

3. CCSD intends to address certain terms of the settlement at the August 24, 2023 Board meeting and Plaintiff intends to file his Motion to Approve Minor's Compromise and the Settlement by August 21, 2023.

4. Should CCSD secure Board approval and the Court approve the terms of the settlement, Plaintiff intends to dismiss this action including claims asserted against CCSD, Defendant Halland and Defendant Olszewski upon the funding of the settlement.

IT IS SO STIPULATED.

1    August 10, 2023

2                      Walkup, Melodia, Kelly & Schoenberger

By    /s/ Valerie N. Rose
KHALDOUN A. BAGHDADI
Admitted *Pro Hac Vice*
VALERIE N. ROSE
Admitted *Pro Hac Vice*
Attorneys for PLAINTIFF

August 10, 2023

Greenberg Traurig, LLP

By    /s/ Kara B. Hendricks
MARK E. FERRARIO
Nevada Bar No. 01625
KARA B. HENDRICKS
Nevada Bar No. 00743
WHITNEY L. WELCH-KRIMSE
Attorneys for DEFENDANTS
CLARK COUNTY SCHOOL DISTRICT and
SHAWN HALLAND

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
JOINT STIP & [PROPOSED] ORDER RE MTN TO APPROVE MINOR'S COMP AND SETTLEMENT
CASE NO. 2:22-cv-00246-JCM-NJK

**ORDER**

Pursuant to the stipulation of Plaintiff and CCSD, and good cause appearing, the Court orders as follows:

1. Plaintiff shall file his Motion to Approve Minor's Compromise and the Settlement by August 21, 2023.

IT IS SO ORDERED.

Dated: August 18, 2023

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE