RAHUL RAVIPUDI, ESQ. (NV Bar No. 14750)
rravipudi@psbr.law
IAN SAMSON, ESQ. (NV Bar No. 15089)
isamson@psbr.law
ADAM ELLIS, ESQ. (NV Bar No. 14514)
aellis@psbr.law
JULIA ARMENDARIZ, ESQ. (NV Bar No. 15865)
jarmendariz.psbr.law
PANISH|SHEA|BOYLE|RAVIPUDI LLP
300 4th Street, Suite 710
Las Vegas, NV 89101
T: (702) 560-5520
F: (702) 975-2515

KHALDOUN A. BAGHDADI (CA Bar No. 190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (CA Bar No. 272566)
vrose@walkuplawoffice.com
KATHERINE CONNOLLY (State Bar #343524)
kconnolly@walkuplawoffice.com
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street, 26th Floor
San Francisco, CA 94108-2615
T: (415) 981-7210
F: (415) 391-6965

**ATTORNEYS FOR PLAINTIFF**
**D.S., A MINOR BY AND THROUGH HIS**
**GUARDIAN AD LITEM CORTNEY LARSON**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| D.S., a minor by and through his Guardian ad Litem CORTNEY LARSON,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, MELISSA OLSZEWSKI, SHAWN HALLAND and DOES 1-50,<br><br>Defendants. | Case No. 2:22-cv-00246-JCM-NJK<br><br>Assigned for All Purposes to<br>Judge James C. Mahan and<br>Magistrate Judge Nancy J. Koppe<br><br>**ORDER GRANTING VERIFIED PETITION FOR COMPROMISE OF MINOR'S CLAIM AND ESTABLISHMENT OF MINOR'S TRUST**<br><br>Date Filed: February 11, 2022<br>Trial Date: Unassigned |

Upon the Plaintiff's VERIFIED PETITION FOR COMPROMISE OF MINOR'S CLAIM AND ESTABLISHMENT OF MINOR'S TRUST filed herein by Petitioner CORTNEY LARSON natural mother and guardian of minor child D.S. (hereinafter the "Petition") and good cause appearing:

IT IS HEREBY ORDERED THAT:

1. The compromise of the minor's claim is hereby approved;

2. Within 30 days of the entry of this Order, CCSD shall pay $2,000,000.00 to settle D.S.'s claims, to be distributed as follows:

    a. A cash payment of $960,000 to Walkup, Melodia, Kelly & Schoenberger Client Trust Account, to be distributed as follows:

        i. $139,874.46 to Plaintiffs' counsel for case costs;

        ii. $620,041.85 to Plaintiffs' counsel for attorneys' fees; and

        iii. $200,083.69 to The D.S. Special Needs Trust.

    b. A check in the amount $1,040,000.00 to MetLife Assignment Company, Inc. to fund the future periodic payments for the benefit of D.S., through an annuity policy issued by Metropolitan Tower Life Insurance Company, rated A+XV by AM Best, as further detailed in Sections 3 and 4 below:

3. Periodic payments to Legacy Enhancement Trust FBO D.S. (Payee) made according to the Schedule of Payments as follows:

    a. 17,000.00 payable annually, guaranteed for 11 year(s) which is 11 payments, beginning on May 8, 2024 at age 8, increasing at a rate of 3.00% compounded annually, with the last guaranteed payment on May 8, 2034 at age 18.

    b. $3,332.94 payable monthly, guaranteed for 11 year(s) which is 132 payments, beginning on May 8, 2024 at age 8, with the last guaranteed payment on April 8, 2035 at age 18.

    c. $25,000.00 payable annually, guaranteed for 4 year(s) which is 4 payments, beginning on May 8, 2034 at age 18, with the last guaranteed payment on May 8, 2037 at age 21.

    d. $2,000.00 payable monthly, guaranteed for 7 year(s) which is 84

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

payments, beginning on May 8, 2034 at age 18, with the last payment on April 8, 2041 at age 24.

    4.    Periodic payments to D.S. (Payee) will be made according to the Schedule of Payments as follows:

        a.    $2,000.00 for life, payable monthly, guaranteed for 28 year(s) which is 336 payments, beginning on May 8, 2041 at age 25, with the last guaranteed payment on April 8, 2069.

        b.    $50,000.00 paid on May 8, 2046, at age 30.

        c.    $75,000.00 paid on May 8, 2049, at age 33.

        d.    $100,000.00 paid on May 8, 2052, at age 36.

        e.    $125,000.00 paid on May 8, 2054, at age 38.

        f.    $150,000.00 paid on May 8, 2056, at age 40.

    5.    The D.S. Special Needs Trust as presented to the Court in Exhibit 2 to the Petition is hereby authorized and approved;

    6.    Legacy Enhancement is hereby authorized and directed to execute any and all documents necessary to establish The D.S. Special Needs Trust and to establish accounts on behalf of the minor Plaintiff;

    7.    Petitioner, as D.S.'s Guardian ad Litem, is hereby directed to execute any necessary documents, including releases, on behalf of the minor child to finalize this matter;

    8.    Petitioner shall be relieved of the requirement that she file a complete copy of D.S.'s medical records; and

    9.    The Trustee of The D.S. Special Needs Trust shall not be required to post bond or surety in this or any other jurisdiction.

    IT IS SO ORDERED.

Dated: September 12, 2023.

*[signature]*
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3

[PROP] ORDER GRANTING VERIF PETITION FOR COMPROMISE OF MINOR'S CLAIM & ESTABLISHMENT OF MINOR'S TRUST - CASE NO. 2:22-cv-00246-JCM-NJK