1  MARK E. FERRARIO, ESQ.
   Nevada Bar No. 01625
2  KARA B. HENDRICKS, ESQ.
   Nevada Bar No. 07743
3  WHITNEY L. WELCH-KIRMSE, ESQ.
   Nevada Bar No. 12129
4  **GREENBERG TRAURIG, LLP**
5  10845 Griffith Peak Drive, Ste. 600
   Las Vegas, Nevada 89135
6  Telephone:  (702) 792-3773
   Facsimile:   (702) 792-9002
7  Email:       ferrariom@gtlaw.com
                hendricksk@gtlaw.com
8               welchkirmsew@gtlaw.com
   *Counsel for Defendants,*
9  *Clark County School District and Shawn Halland*

10

11                  UNITED STATES DISTRICT COURT

12                      **DISTRICT OF NEVADA**

13 | D.S., a minor by and through his Guardian ad Litem, CORTNEY LARSON,  |  Case No.  2:22-cv-00246-JCM-NJK
14 |
15 |                  Plaintiff,                                          |  **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**
16 |        v.
17 | CLARK COUNTY SCHOOL DISTRICT,
18 | MELISSA OLSZEWSKI, SHAWN HALLAND, DOES 150,
19 |
20 |                  Defendants.

21

22      It is hereby STIPULATED AND AGREED between Plaintiff, D.S., A MINOR BY AND

23 THROUGH HIS GUARDIAN AD LITEM, CORTNEY LARSON and Defendants CLARK

24 COUNTY SCHOOL DISTRICT and SHAWN HALLAND ("CCSD Defendants")  by and through

25 their attorneys of record and MELISSA OLSZEWSKI, pro per, that, in accordance with Fed. R. Civ.

26 / / /

27 / / /

28 / / /

P. 41(a)(2), all claims asserted against Defendant herein are dismissed with prejudice with each party to bear their own fees and costs.

**IT IS SO STIPULATED.**

Respectfully submitted:

Date: September  28th  2023

**WALKUP, MELODIA, KELLY & SCHOENBERGER**

/s/ Valerie N. Rose
KHALDOUN A. BAGHDADI*
VALERIE N. ROSE*
*Admitted Pro Hac Vice*
650 California Street,
26th Floor
San Francisco, California  94108-2615

RAHUL RAVIPUDI
Nevada Bar No. 14750
IAN SAMSON
Nevada Bar No. 15089
ADAM ELLIS
**PANISH, SHEA, BOYLE, RAVIPUDI, LLP**
Nevada Bar No. 14514
8816 Spanish Ridge Avenue
Suite A
Las Vegas, Nevada  89148

*Attorneys for Plaintiff*
*D.S., A MINOR BY AND THROUGH HIS GUARDIAN AD LITEM CORTNEY LARSON*

Date: September  28th  2023

**GREENBERG TRAURIG, LLP**

/s/ Kara B. Hendricks
MARK E. FERRARIO
Nevada Bar No. 01625
KARA B. HENDRICKS
Nevada Bar No. 07743
WHITNEY L. WELCH-KRIMSE
Nevada Bar No. 12129
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
*Attorneys for Defendants*
*CLARK COUNTY SCHOOL DISTRICT and SHAWN HALLAND*

Date: September 25th  2023

/s/ Melissa Olszewski
MELISSA OLSZEWSKI
2538 Edge O Lake Drive
Nashville, Tennessee  37217
*Defendant in Pro Per*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: October 2, 2023

2

ACTIVE 690498823v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of September 2023, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

/s/ Evelyn Escobar-Gaddi<br>
An employee of GREENBERG TRAURIG, LLP

ACTIVE 690498823v1